942

DAN GREEN, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent. — Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of HERBERT S. BRUSSEL, as Sole Surviving Trustee of the Estate of AMANDA TRIER OPPENHEIMER, Deceased, and as Executor, etc., of EDNA TRIER COHEN, Deceased, etc. JESSIE RICH, as Administratrix, etc., Appellant; HERBERT S. BRUSSEL, as Sole Surviving Trustee, etc., Respondent; HERBERT S. BRUSSEL, as Executor, etc., and Others, Respondents.— Decree so far as appealed from unanimously affirmed, with costs to the respondents payable out of the fund. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

EMIL BECKER, as Executor, etc., of HULDA ENGELS, Deceased, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Interlocutory judgment unanimously reversed and the motion for judgment on the pleadings denied. There are triable issues of fact. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CHARLES PHILLIPS, Suing, etc., Appellant, and CHARLES FALKENBERG, Intervenor, v. J. PIERPONT MORGAN and Others, Defendants, and THE CHESAPEAKE & OHIO RAILWAY COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, on the authority of Fowble v. The Chesapeake & Ohio Railway Company (16 F. [2d] 504); Hecht v. The Chesapeake & Ohio Railway Company (Southern District, N. Y., June 25, 1934, unreported); Sher v. The Chesapeake & Ohio Railway Company (Eastern District, N. Y., Dec. 24, 1934, unreported); and Snyder v. The Chesapeake & Ohio Railway Company (Southern District, N. Y., July 25, 1933, unreported). Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CHARLES PHILLIPS, Suing, etc., Appellant, and CHARLES FALKENBERG, Intervenor, v. J. PIERPONT MORGAN and Others, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, on the authority of the cases cited in the decision of Phillips v. Morgan (ante, p. 942). Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

C. WALTER RANDALL, as Trustee of BUSH TERMINAL COMPANY, Debtor, Respondent, v. FRANK BAILEY and Others, Appellants, Impleaded with Others, Defendants. — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LEO SCHWARTZBERG, Appellant, v. JOHN WEINBERG, Respondent.— Order unanimously reversed, without costs of the appeal, and the motion granted, on condition that appellant pay twenty-five dollars costs within ten days after service of a copy of the order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.